1384 REEDER (Township Treasurer) vs. COUNTY TREASURER (Wexford), 37 M., 351.

To compel payment over of certain moneys due the township. Granted October 16, 1877.

Held that mandamus proceedings against an official as such, are not affected by a change of incumbency; that the relator is not usually granted greater relief than the claim made in his application, and that interest is not usually allowed in the absence of a statute or contract relation calling for it.

1385 MARLETTE TOWNSHIP vs. SMITH (County Treasurer), No. 12346.

To compel respondent to correct statement of account and pay over certain moneys. Certain taxes were charged by the auditor-general to Sanilac County, and the board of supervisors of that county ordered the same to be re-assessed upon the township of Marlette. The township declined to make the assessment, and in the statement rendered by that county the amount stands charged against the township.

Denied November 19, 1891, without costs.

1386 GIES (Treasurer, Wayne County) vs. CONTROLLER (Detroit), 18 M., 444.

To compel respondent to draw his warrant upon the city treasurer in favor of relator, for all moneys remaining in said treasurer's hands received for fines and penalties in the Central Police Station Court of the city of Detroit.

Granted May 10, 1869.